# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHAN W. SPARKS,
ADC #651677                                                              PLAINTIFF

v.                          No. 3:17-cv-100-DPM

L.D. GIBSON, Public Defender, Poinsett County          DEFENDANT

### ORDER

Sparks submitted a certified calculation sheet; but he didn't file an application to proceed *in forma pauperis*. The Court directs the Clerk to send Sparks a blank application with a copy of this Order. Sparks must submit the completed application by 26 June 2017. If he doesn't, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2017