IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN W. SPARKS,
ADC #651677                                              PLAINTIFF

v.                      No. 3:17-cv-100-DPM

L.D. GIBSON, Public Defender, Poinsett County            DEFENDANT

## ORDER

Sparks hasn't updated his address; his mail is still being returned undelivered. № 10. The Court lifts the stay. The complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2017