IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN W. SPARKS,
ADC #651677                                                    PLAINTIFF

v.                          No. 3:17-cv-100-DPM

L.D. GIBSON, Public Defender, Poinsett County                  DEFENDANT

## JUDGMENT

Sparks's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

18 August 2017